# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ESTRADA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-02888-TWT |
| | ) |
| JO-ANN STORES, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant have reached a settlement. The parties will file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as soon as the settlement documentation is finalized between the parties. The parties ask that all pending deadlines be suspended as a final stipulation of dismissal will soon be filed.

Respectfully submitted this 7th day of September, 2021.

                                         *s/ Deepa N. Subramanian*
                                       Deepa N. Subramanian
                                       GA Bar No. 278625
                                       deepa.subramanian@ogletree.com
                                       Ogletree, Deakins, Nash,
                                       Smoak & Stewart, P.C.
                                       One Ninety One Peachtree Tower
                                       191 Peachtree Street, N.E., Suite 4800
                                       Atlanta, GA  30303
                                       T: (404) 881-1300
                                       F: (404) 870-1732
                                       Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL ESTRADA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JO-ANN STORES, LLC, )<br>)<br>Defendant. ) | Case No. 1:21-cv-02888-TWT |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically serve the filing to all parties who have entered an appearance in this case.

This 7th day of September, 2021.

*/s Deepa N. Subramanian*
Deepa N. Subramanian

48467920.1