IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

     Plaintiff,                                Civil Action File No.
                                            1:20-cv-02888-TWT

v.

JO-ANN STORES, LLC,
a Foreign Profit Corporation,
d/b/a Jo-Ann Fabrics and Crafts,

     Defendant.
_____/

## JOINT STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated

settlement executed by them, to the dismissal With Prejudice of this action, including

all claims stated herein against all parties, with each party to bear its own attorneys'

fees and costs.

Dated: September 17, 2021

By:   */s/ Deepa N. Submaranian*                  */s/ Matthew N. Pope*
        Deepa N. Submaranian, Esq.              Matthew N. Pope, Esq.
        Georgia Bar No. 278625                  Georgia Bar No. 584216
        deepa.submaranian@ogletree.com       matt@mpopelaw.com

| | |
|---|---|
| **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** | **MATTHEW N. POPE, P.C.** |
| One Ninety-One Peachtree Tower, N.E. | 900 2nd Avenue |
| Atlanta, Georgia 30303 | Columbus, Georgia 31902 |
| Telephone: (404) 881-1300 | Tel.: (706) 324-2521 |
| Facsimile: (404) 870-1732 | Facsimile: (706) 324-0466 |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

2

## **ORDER**

The stipulation is approved.   The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2021.


_____
UNITED STATES DISTRICT JUDGE